IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02816-BNB

ROGER SCOTT BLACKBURN,

    Plaintiff,

v.

EXECUTIVE DIR. COLO. DEPT. OF CORR'S,
WARDEN KEVIN MILYARD,
ASS. WARDEN CHAPDELAINE,
CASE MANAGER (S) LONG,
HOLMEN,
DENNIS, and
INVESTIGATOR SMITHGALL,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 04 2009

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff Roger Scott Blackburn is a prisoner in the custody of the Colorado Department of Corrections at the Sterling Correctional Facility in Sterling, Colorado. Mr. Blackburn initiated this action by filing *pro se* a Prisoner Complaint pursuant to 42 U.S.C. § 1983 claiming that his constitutional rights have been violated. On January 20, 2009, Magistrate Judge Boyd N. Boland ordered Mr. Blackburn to file an amended complaint that complies with the Court's local rules and that clarifies the claims he is asserting in this action. On February 5, 2009, Mr. Blackburn filed an amended Prisoner Complaint and a "Motion for Appointment of Counsel/and or Postponement." On February 6, 2009, Magistrate Judge Boland entered a minute order denying the "Motion for Appointment of Counsel/and or Postponement."

The Court must construe the amended complaint liberally because Mr. Blackburn is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). Therefore, the amended complaint is held to standards less stringent than those governing a formal pleading drafted by lawyers. *See id.* However, the Court should not be an advocate for a *pro se* litigant. *See Hall*, 935 F.2d at 1110. For the reasons stated below, the action will be dismissed.

The Court has reviewed Mr. Blackburn's amended complaint and finds that the amended complaint does not clarify the claims he is asserting in this action. Magistrate Judge Boland specifically advised Mr. Blackburn that, in order "to state a claim in federal court, a complaint must explain what each defendant did to him or her; when the defendant did it; how the defendant's action harmed him or her; and, what specific legal right the plaintiff believes the defendant violated." *Nasious v. Two Unknown B.I.C.E. Agents*, 492 F.3d 1158, 1163 (10th Cir. 2007). Magistrate Judge Boland also advised Mr. Blackburn that he must allege how each named Defendant personally participated in the asserted constitutional violations.

Despite these specific instructions, Mr. Blackburn's amended complaint does not include any factual allegations describing how his rights allegedly have been violated or how the Defendants personally participated in the asserted constitutional violations. In describing the nature of the case in the amended complaint, Mr. Blackburn states that "I INVOKE the original complaint in its entirety as the record." (Am. Prisoner Compl. at 3.) Mr. Blackburn does list two claims for relief in the amended complaint, which he labels

2

"CRUEL AND UNUSUAL PUNISHMENT" and "DELIBERATE INDIFFERENCE." However, rather than providing specific facts in support of those claims, Mr. Blackburn merely references the "Motion for Appointment of Counsel/and or Postponement" that he filed the same day as the amended complaint.

The Court has reviewed the "Motion for Appointment of Counsel/and or Postponement" and finds nothing in that motion that would provide factual support for the claims Mr. Blackburn lists in the amended complaint. Furthermore, the Court agrees with Magistrate Judge Boland that the original Prisoner Complaint filed by Mr. Blackburn did not set forth specific facts that demonstrate how his constitutional rights allegedly have been violated by the named Defendants.

For all of these reasons, the Court finds that Mr. Blackburn has failed to comply with Magistrate Judge Boland's order to file an amended complaint that clarifies the claims he is raising in this action. Accordingly, it is

ORDERED that the complaint, the amended complaint, and the action are dismissed without prejudice for failure to file an amended complaint that clarifies the claims he is asserting in this action.

DATED at Denver, Colorado, this 4 day of March, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02816-BNB

Roger Scott Blackburn
Prisoner No.127949
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 3/4/09

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk